UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

SBC PROPERTIES, LLC

Debtor

Case No. 10-14136

Chapter 11

## DEBTOR'S AFFIDAVIT TO BE FILED IN CHAPTER 11 CASES PURSUANT TO LOCAL RULE 2015-6

Sophie B. Cefalu, being duly sworn, deposes and says:

1. I am the manager of debtor LLC and this case was originally commenced as a Chapter 11 case.

2. Debtor owns 12 rental properties. Debtor filed a Chapter 11 petition to avoid a foreclosure sale on five of its assets

3. Debtor intends to continue the operation of its business.

4. Bi-weekly payroll for the 14 day period following the filing of the Chapter 11 petition, including payroll taxes, disability insurance, and worker's compensation is estimated to be $2,400.00

5. Cash receipts are anticipated to be $11,000.00; disbursements are estimated to be $12,853.28 per month; accrued unpaid obligations pre-petition are as follows:

| | |
|---|---|
| Secured debt | $1,600,000.00 |
| Tax Debt | $21,899.50 |
| Unsecured debt | $123,694.35 |

_____
Sophie B. Cefalu

Sworn to before me this 4th day of November, 2010

_____
Notary Public – State of New York
My Commission Expires